

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2022

No. 04-22-00102-CV

**IN THE INTEREST OF X.H. AND A.B.M., CHILDREN**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00042
Honorable Kimberly Burley, Judge Presiding

# O R D E R

This is an accelerated appeal from a final order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2. The appellant's brief was due on April 5, 2022. However, the appellant has filed a motion requesting an extension of time to file the appellant's brief. The motion is GRANTED. The appellant's brief is due on or before **April 29, 2022**.

**Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2022.

_____
Michael A. Cruz,
Clerk of Court